# United States District Court
## DISTRICT OF RHODE ISLAND

**ORIGINAL**

**BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,**

**Plaintiffs**

**v.**

**STUART SPRINGER,**

**Defendant**

**Civil Case No.: CA 05 03 473 T**

**MOTION FOR MORE DEFINITE STATEMENT**

**(Fed.R.Civ.P.Rule 12(e))**

COMES NOW Defendant, Stuart Springer, by and through his attorney, Mariah L. Sugden, Esq., and hereby moves this Honorable Court for its order granting this Motion and ordering the Plaintiffs as to all Counts of the Compliant For Copyright Infringement to provide Defendant with the dates of the alleged copyright infringement(s) as Plaintiffs have failed to do so in their Complaint For Copyright Infringement.

**DATED** this 15th day of December, 2005.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)

**NOTICE OF MOTION**

To: James E. O'Neil
Attorney for Plaintiffs

Please take notice that the undersigned will bring the above motion on for hearing before this Court at Room___, United States District Court, District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, RI 02903, on the ___ day of __________, 200_ at __:__ a.m./p.m. or as soon thereafter as counsel can be heard.

**DATED** this 15th day of December, 2005.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)

# United States District Court
## DISTRICT OF RHODE ISLAND

ORIGINAL

**BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,**

**Plaintiffs**

**v.**

**STUART SPRINGER,**

**Defendant**

**Civil Case No.: CA 05 03 473 T**

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT Fed.R.Civ.P.Rule 12(e)

Fed.R.Civ.P.Rule 12(e) states, in relevant part, that:

> If a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading, the party may move for a more definite statement before interposing a responsive pleading.

In the case at bar, Plaintiffs have failed in their Complaint For Copyright Infringement to allege any dates of the alleged copyright infringement(s). Such information is germane to a defense of statute of limitations, if applicable, which must be plead in an answer or asserted by motion. See, *Oresman v. G.D. Searle & Co.*, 321 F.Supp. 449, 458 (D.R.I.1971).

Accordingly, Defendant requests that his Motion For More Definite Statement be granted and that Plaintiffs be ordered to provide Defendant with the date or dates of the alleged infringement(s).

**DATED** this 15th day of December, 2005.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. Rule 5, I hereby certify that on December 15, 2005, I personally deposited for mailing true and accurate copies of the Motion For More Definite Statement and the Memorandum In Support Of Motion For More Definite Statement addressed to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)