# United States District Court
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,** | **Civil Case No.: CA 05 03 473 T** |
| **Plaintiffs** | |
| **v.** | |
| **STUART SPRINGER,** | **ENTRY OF APPEARANCE (Fed.R.Civ.P.Rule 6)** |
| **Defendant** | |

I hereby enter my appearance as counsel for Defendant, Stuart Springer, effective December 15, 2005.

**DATED** this 16th day of December, 2005.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. Rule 5, I hereby certify that on December 16, 2005, I personally deposited for mailing true and accurate copies of the Motion For More Definite Statement and the Memorandum In Support Of Motion For More Definite Statement addressed to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Mariah L.Sugden, Esq.