RECEIVED
SEP 30 2005
JUDGE SWEET CHAMBERS

10/14/05

BELDOCK LEVINE & HOFFMAN LLP
Attorneys for defendant "Jane Doe"
99 Park Avenue, 16th Floor
New York, NY 10016
(212) 490-0400
Morlan Ty Rogers (MR 818)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUD RECORDS, LLC, et al.,

Plaintiffs,

-against-

DOES 1-74,

Defendants.

No. 04 CV ____ (RWS)

ELECTRONICALLY FILED

**NOTICE OF MOTION**

---

This motion is denied for failure to establish grounds under Rule 45. The time of the identification of Doe is determined to be the date of filing the complaint and thereafter. So ordered
Sweet USDJ
10-12-05

~~This order is~~ The enforcement of the subpoena is stayed for 10 days to permit an appeal and submission of an emergency motion to the Court of Appeals.

PLEASE TAKE NOTICE that, upon the annexed affidavit of Morlan Ty Rogers, Esq., the exhibits annexed thereto and the accompanying Memorandum of Law, the undersigned will move before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on October 12, 2005, at 12:00 noon or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 45(c)(3) of the Federal Rules of Civil Procedure, quashing the subpoena issued by plaintiffs' attorneys to CSC Holdings, Inc. to the extent that it seeks information identifying Jane Doe, the Doe Defendant purportedly associated with Internet Protocol address 24.44.206.181 @2004-01-26 04:10:07 EDT, including the name, address, telephone number, e-mail address and Media Access Control address for such person and granting such other and further relief as may be just and proper.

PLEASE TAKE FURTHER N[illegible]ICE that opposing a[illegible]fidavits and memoranda of law, if any, must be ser[illegible]d upon the undersig[illegible] within four (4) busi[illegible]ess days pursuant to Local Rule 6.1(a) and must be filed with the Court i[illegible] accordance with app[illegible]licable rules. Unless such affidavits and memoran[illegible]a of law are timely [illegible]ved and filed, the r[illegible]lief sought herein may be granted.

Dated: New York, New York
September 29, 2[illegible]05

B[illegible]DOCK LEVINE & HOFFMAN LLP
A[illegible]orneys for defendant Jane Doe"

B[illegible] ________________
Morlan Ty Roge[illegible] (MR 3818)
9[illegible] Park Avenue, 16th Fl[illegible]or
N[illegible] York, NY 10016
([illegible]) 490-0400

To: Cowan, Liebowi[illegible] & Latman, P.C.
Attorneys for plaintiffs
1133 Avenue of [illegible]e Americas
New York, NY 1[illegible]036-6799
(212) 790-9200