United States Courts
Southern District of Texas
ENTERED

SEP 16 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BMG MUSIC, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1482 |
| | § | |
| JACOB CONKLIN, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's Motion to Dismiss Under Rules 8(a) and 12(b)(6) (Docket Entry No. 17) is **DENIED**.

**SIGNED** at Houston, Texas, on this 16th day of September, 2005.

SIM LAKE
UNITED STATES DISTRICT JUDGE