# United States District Court
## DISTRICT OF RHODE ISLAND

**BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,**

**Plaintiffs**

**v.**

**STUART SPRINGER,**

**Defendant**

**Civil Case No.: CA 05 03 473 T**

FILED DEC 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR MORE DEFINITE STATEMENT**

**(Fed.R.Civ.P.Rule 12(e))**

COMES NOW Defendant, Stuart Springer, by and through his attorney, Mariah L. Sugden, Esq., and hereby moves this Honorable Court for its order granting this Motion and ordering the Plaintiffs as to all Counts of the Compliant For Copyright Infringement to provide Defendant with the dates of the alleged copyright infringement(s) as Plaintiffs have failed to do so in their Complaint For Copyright Infringement.

**DATED** this 15th day of December, 2005.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)

**NOTICE OF MOTION**

To: James E. O'Neil
Attorney for Plaintiffs

Please take notice that the undersigned will bring the above motion on for hearing before this Court at Room___, United States District Court, District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, RI 02903, on the ___ day of __________, 200_ at __:__ a.m./p.m. or as soon thereafter as counsel can be heard.

**DATED** this 15th day of December, 2005.

DENIED. Defendant may obtain additional information during discovery.

Ernest C. Torres, Chief Judge
1/12/06

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)