# United States District Court
# DISTRICT OF RHODE ISLAND

ORIGINAL

BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,

Plaintiffs

v.

STUART SPRINGER,

Defendant

Civil Case No.: CA 05 03 473 T

## ANSWER

## TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

### FIRST DEFENSE

1. The Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

2. This Court lacks subject matter jurisdiction.

### THIRD DEFENSE

3. This Court lacks personal jurisdiction.

**FOURTH DEFENSE**

4. This action is barred by untimely service of process.

**FIFTH DEFENSE**

5. This action is barred by improper service of process.

**SIXTH DEFENSE**

6. This action is barred by the statute of limitations.

**SEVENTH DEFENSE**

7. This action is barred by the statute of frauds.

**EIGTH DEFENSE**

8. This action is barred by the doctrines of laches, unclean hands and/or unjust enrichment.

**NINTH DFENSE**

9. The right to assert additional affirmative defenses, if any, to the extent and such additional affirmative defenses are applicable, are hereby reserved.

**TENTH DEFENSE**

10. Defendant admits the allegations contained in paragraph 9 of the Complaint; Defendant alleges that Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 14, 16, and 17; and Defendant denies the allegations contained in paragraphs 13 and 15.

**WHEREFORE,** Defendant, Stuart Springer, prays:

1. Plaintiffs take nothing by their Complaint and that the Complaint be dismissed with prejudice;
2. Defendant be awarded his cost of suit and reasonable attorney's fees; and
3. For all other appropriate relief.

**DATED** this 17th day of January, 2006.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
359 Thames Street
Suite #11
Newport, RI 02840
(401)849-1811 (phone)
(401)849-1812 (fax)

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Dist. Ct. Rules D.R.I, Rule 10 and Fed.R.Civ.P., Rule 5, I hereby certify that on January 17, 2006, I deposited for mailing a true and accurate copy of the attached Answer addressed to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Mariah L.Sugden, Esq.