UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, et al
Plaintiffs,
v.
STUART SPRINGER,
Defendant

Case No.: CA 05-473T

**MOTION FOR CONTINUANCE**

Now come the Plaintiffs in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq. and respectfully move this Honorable Court to continue the Pre-Trial Conference currently scheduled for Friday, May 5, 2006 to a date in June which is convenient to the Court.

**ASSENTED TO:**

Mariah L. Sugden, Esq.
Attorney for the Defendant

Respectfully Submitted,

James E. O'Neil, Esq.
Attorney for Plaintiffs
Law Offices of James E. O'Neil
1130 Ten Rod Road, Suite A-103
North Kingstown, RI 02852
(401) 667-7111 Phone
(401) 667-7112 Fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12 day of April, 2006 a true and accurate copy of the within Motion for Continuance was mailed first-class, postage prepaid to Ms. Mariah L. Sugden, Esq., 359 Thames, Suite 11, Newport, RI 02840.

James E. O'Neil, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, et al :
Plaintiffs, :
v. : Case No.: CA 05-473T
STUART SPRINGER, :
Defendant :

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTINUANCE**

As reason in support of the Plaintiff's Motion for Continuance, the Court is advised that the Plaintiff and the Defendant are engaged in settlement negotiations. Additionally, the Defendants Attorney, Mariah L. Sugden, has assented to the filing of said Motion.

Respectfully Submitted,

[signature]

James E. O'Neil, Esq.
Attorney for Plaintiffs
Law Offices of James E. O'Neil
1130 Ten Rod Road, Suite A-103
North Kingstown, RI 02852
(401) 667-7111 Phone
(401) 667-7112 Fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of April, 2006 a true and accurate copy of the within Memorandum was mailed first-class, postage prepaid to Ms. Mariah L. Sugden, Esq., 359 Thames, Suite 11, Newport, RI 02840.

[signature]

James E. O'Neil, Esq.