UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, et al

Plaintiffs,

v.

Case No.: CA 05-473T

STUART SPRINGER,

Defendant

## MOTION FOR CONTINUANCE

Now come the Plaintiffs in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq. and respectfully move this Honorable Court to continue the Pre-Trial Conference currently scheduled for Friday, May 5, 2006 to a date in June which is convenient to the Court.

ASSENTED TO:

Mariah L. Sugden, Esq.
Attorney for the Defendant

Respectfully Submitted,

James E. O'Neil, Esq.
Attorney for Plaintiffs
Law Offices of James E. O'Neil
1130 Ten Rod Road, Suite A-103
North Kingstown, RI 02852
(401) 667-7111 Phone
(401) 667-7112 Fax

GRANTED

Ernest C. Torres
Chief, US District Judge
05/03/06

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12 day of April, 2006 a true and accurate copy of the within Motion for Continuance was mailed first-class, postage prepaid to Ms. Mariah L. Sugden, Esq., 359 Thames, Suite 11, Newport, RI 02840.

James E. O'Neil, Esq.