**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG ENTERTAINMENT., a Delaware general partnership; ARISTA RECORDS, LLC., a limited liability company; and INTERSCOPE RECORDS, a California general partnership, | ) | Civil No. 05-473 T |
| | ) | Judge Ernest Torres |
| Plaintiffs, | ) | |
| v. | ) | |
| STUART SPRINGER, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs BMG MUSIC, *et al.*, and Defendant, Stuart Springer, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for BMG MUSIC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and UMG RECORDINGS, INC.

/s/Mariah Sugden, Esq.
Mariah Sugden, Esq. (R.I. Bar # 6769)
55 Memorial Blvd, Unit 6
Newport, RI 02840
Telephone (401) 849-1811
Facsimile (401) 849-1812

Attorneys for Defendant